UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LINDA C. DICK,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 08-cv-630-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of the Commissioner of Social Security to deny plaintiff Linda C. Dick's applications for disability insurance benefits and a period of disability is affirmed.

**NANCY J. ROSENSTENGEL, Clerk of Court**

Date:  March 19, 2010

    s/Brenda K. Lowe, Deputy Clerk

Approved:   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**